ADAM WANG (STATE BAR NUMBER 201233)
12 SOUTH FIRST STREET, SUITE 908
SAN JOSE, CA 95113
TEL: (408) 421-3403
FAX: (408) 351-0261

ATTORNEY FOR PLAINTIFFS
JINGTIAN LI

PAUL GUMINA, ESQ.
LAW OFFICES OF PAUL GUMINA
1735 N. FIRST ST.
SUITE 300
SAN JOSE, CA 95112
TEL: 408-885-9630
FAX: 408-885-9699

ATTORNEY FOR DEFENDANTS
PRIMANEX CORPORATION, THEODORE YOUNG
GARY YOUNG, WINSTON LIANG & LI HUANG

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINGTIAN LI,<br><br>Plaintiff,<br><br>vs.<br><br>PRIMANEX CORPORATION, ET AL<br><br>Defendants | Case No.: 04-0183 JSW<br><br>**STIPULATION TO DISMISS &<br>[PROPOSED] ORDER** |

    Pursuant to Fed. R. Civ. Pro. 41(a)(2), plaintiff Jingtian Li and defendants Primanex Corporation, Theodore Young, Gary Young, Winston Liang & Li Huang through their respective counsel, stipulate as follows:

    1.    Parties have fully resolved their disputes and entered into a Settlement Agreement and Release of Claims.

1    Case No. 04-0183 JSW
**STIPULATION TO DISMISS**
Li v. Primanex Corp, et al.

2. As such parties respectfully request that the Court dismiss this case in its entirety with prejudice. Each party is to bear its own costs and fees.

Dated: August 3, 2005     By: /s/ ADAM WANG
                              Adam Wang
                              Attorney for Plaintiff
                              JINGTIAN LI

Dated: August 24, 2005    By: /s/ PAUL GUMINA
                              Paul Gumina
                              Attorney for Defendants
                              PRIMANEX CORPORATION,
                              THEODORE YOUNG,
                              GARY YOUNNG,
                              WINSTON LIANG & LI HUANG

_____

**[PROPOSED] ORDER**

Pursuant to parties' stipulation, **IT IS SO ORDERED**.

Dated: August 25, 2005    By: _____
                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE

2                                       Case No. 04-0183 JSW

**STIPULATION TO DISMISS**
Li v. Primanex Corp, et al.